In the Matter of the Claim of BEATRICE B. RICE and Others, Respondents, v. CHARLES A. STONEHAM, Appellant. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Whitmyer, Hill and Hasbrouck, JJ., concur; Davis, J., dissents and votes for reversal, on the ground that the decedent was not engaged in an employment classified in the statute as hazardous.

In the Matter of the Claim of LYDIA WALKER, Respondent, v. THE HORN AND HARDART COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MARY GILLOUGHLY, Respondent, v. STANDARD ARCH COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of FRED HUGHES, Respondent, v. WATERSON, BERLIN & SNYDER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MARCIA G. ROCKHILL, Respondent, v. WARREN BROTHERS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.†— Award affirmed, with costs to the State Industrial Board. Davis, Hill and Hasbrouck, JJ., concur; Van Kirk, P. J., and Whitmyer, J., dissent.

In the Matter of the Claim of CHARLES GRANNIS, Respondent, v. A. H. GREBE Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Mrs. WILLIAM L. GARCIA, Respondent, v. BOSTON GEAR WORKS SALES COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN CHIODO, Respondent, v. THE NEWHALL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.‡— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Whitmyer, Hill and Hasbrouck, JJ., concur; Davis, J., dissents.

In the Matter of the Claim of HAZEL ZABEL, Respondent, v. IDA MAY CANDIES, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and claim dismissed, on the ground that no dependency is shown; and matter remitted to the State Industrial Board to determine whether award should be made to the State Treasurer. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.